# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

CHAMBERS OF
YVETTE KANE
JUDGE

February 26, 2001

FEDERAL BUILDING & COURTHOUSE
228 WALNUT STREET
P.O. BOX 11817
HARRISBURG, PA 17108-1817

Philip Matthew Stinson, Sr., Esquire
Drew Christian, Esquire
Stinson Law Associates, P.C.
17 Weirwood Road
P.O. Box 1340
Bryn Mawr, PA 19010

FILED
HARRISBURG,

MAR 0 6 2001

MARY E. D'ANDREA,
PER _____
DEPUTY CLERK

Re: J.L., et al. v. PA Department of Education, et al. — Case No. 1:CV-01-328

Dear Counsel:

The above-referenced action has been assigned to me in Courtroom 4 of the Middle District of Pennsylvania, Harrisburg. The following important preliminary information applies to all Courtroom 4 cases:

**STATUS REPORT**: If service of the initial pleading is not made within the time allowed by the Rules of Civil Procedure, counsel must submit a status report setting forth the reasons for the delay and the course of action being pursued.

**ANSWER**: The answer and responsive pleadings and motions must be filed as provided for in the Federal Rules of Civil Procedure. Extensions of time not pre-approved by the court are not permitted by the Rules, and will not be honored by the court.

**DISCOVERY**: **The Parties must actively comply with discovery obligations pending scheduling of the Case Management Conference** or ruling on motions to dismiss, and will be required to detail discovery efforts to date at this Case Management Conference.

**CASE MANAGEMENT CONFERENCE**: An Order scheduling a case management conference and informing the parties of their obligations in preparation of that conference will issue after joinder of this matter has been accomplished. This conference will establish important deadlines for the case, including the trial listing.

**CONTACTING THE COURT**: Jennifer Kennedy, Deputy Clerk of Court, is available to answer your questions or concerns regarding the progress of this case at 221-3926.

I look forward to working with all counsel toward the efficient resolution of this matter.

Sincerely,

Yvette Kane
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

March 6, 2001

Re:  1:01-cv-00328   J.L. v. PA Dept. of Educatio

True and correct copies of the attached were mailed by the clerk to the following:

Philip Matthew Stinson Sr., Esq.
Stinson Law Associates, P.C.
17 Weirwood Road.
P.O. Box 1340
Bryn Mar, PA  19010-7340

Drew Christian, Esq.
Stinson Law Associates, P.C.
17 Weirwood Road
P.O. Box 1340
Bryn Mawr, PA  19010

cc:
Judge                              (✓)              ( ) Pro Se Law Clerk
Magistrate Judge                   ( )              ( ) INS
U.S. Marshal                       ( )              ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
                                       U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached & mailed certified mail
                                       to: US Atty Gen   ( )    PA Atty Gen   ( )
                                           DA of County  ( )    Respondents   ( )

Bankruptcy Court                   ( )
Other_____ ( )

MARY E. D'ANDREA, Clerk

DATE: _____3-6-01_____          BY: _____
                                         Deputy Clerk