

**ORIGINAL**

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.L., a minor by and through his guardian and next friend, S.L., c/o Stinson Law Associates, P.C. P.O. Box 1340 Bryn Mawr, Pennsylvania 19010-7340,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>PENNSYLVANIA DEPARTMENT OF EDUCATION; EUGENE W. HICKOK, JR., Secretary of Education, Pennsylvania Department of Education; LAMPETER-STRASBURG SCHOOL DISTRICT; DONNA WERT, Teacher, Lebanon-Lancaster Intermediate Unit #13, Assigned to Solanco School District; SOLANCO SCHOOL DISTRICT; THOMAS E. BRACKBILL, Principal, Solanco School District; LANCASTER-LEBANON INTERMEDIATE UNIT #13; HUMAN SERVICES CONSULTANTS INC; JANELLE SWEIGART, Therapeutic Support Staff, Human Services Consultants,<br><br>　　　　Defendants. | CIVIL ACTION<br><br>NO. 01-CV-328<br><br>(Judge Kane)<br><br>FILED<br>SCRANTON<br>MAY 04 2001<br>PER _____<br>DEPUTY CLERK |

### ENTRY OF APPEARANCE

TO THE CLERK:

    Please enter our appearance on behalf of Solanco School District and Thomas E. Brackbill in the above-captioned matter.

                                                            SWEET, STEVENS, TUCKER & KATZ LLP

Date: May 3, 2001　　　　　　　　　By: _____
                                                               Ellis H. Katz, Esquire, Atty. I.D. # 34835
                                                               Jason R. Wiley, Esquire, Atty. I.D. # 79874
                                                               331 Butler Avenue, P. O. Box 5069
                                                                New Britain, Pennsylvania 18901
                                                                (215) 345-9111

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **J.L., a minor by and through his guardian and next friend, S.L.,** c/o Stinson Law Associates, P.C. P.O. Box 1340 Bryn Mawr, Pennsylvania 19010-7340, | : : : : : : : | CIVIL ACTION<br><br>NO. 01-CV-328<br><br>(Judge Kane) |
| **Plaintiffs,** | : : | |
| vs. | : : | |
| **PENNSYLVANIA DEPARTMENT OF EDUCATION; EUGENE W. HICKOK, JR.,** Secretary of Education, Pennsylvania Department of Education; **LAMPETER-STRASBURG SCHOOL DISTRICT; DONNA WERT,** Teacher, Lebanon-Lancaster Intermediate Unit #13, Assigned to Solanco School District; **SOLANCO SCHOOL DISTRICT; THOMAS E. BRACKBILL,** Principal, Solanco School District; **LANCASTER-LEBANON INTERMEDIATE UNIT #13; HUMAN SERVICES CONSULTANTS INC; JANELLE SWEIGART,** Therapeutic Support Staff, Human Services Consultants, | : : : : : : : : : : : : : : : : : | |
| **Defendants.** | : | |

## CERTIFICATE OF SERVICE

I, Jason R. Wiley, Esquire, counsel for the Solanco School District and Thomas E. Brackbill, hereby certify that a true and correct copy of the foregoing Entry of Appearance was mailed to the following counsel at the following address, via U.S. First Class Mail on this date:

Philip M. Stinson, Sr., Esquire
Stinson Law Associates
17 Weirwood Road
Bryn Mawr, PA 19010-7340

SWEET, STEVENS, TUCKER & KATZ LLP

Date: May 3, 2001          By: _____
                           Jason R. Wiley, Esquire
                           331 Butler Avenue, P.O. Box 5069
                           New Britain, PA 18901
                           (215) 345-9111
                           Attorneys for Defendants,
                           Solanco School District and
                              Thomas E. Brackbill