

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.L., a minor by and through his guardian and next friend, S.L.<br>Plaintiff | CIVIL ACTION<br>NO. 01: CV 328 |
| vs. | |
| PENNSYLVANIA DEPARTMENT OF EDUCATION,<br>EUGENE W. HICKOK, JR., SECRETARY OF EDUCATION,<br>LAMPETER-STRASBURG SCHOOL DISTRICT,<br>DONNA WERT,<br>SOLANCO SCHOOL DISTRICT,<br>THOMAS E. BRACKBILL,<br>LANCASTER-LEBANON INTERMEDIATE UNIT 13,<br>HUMAN SERVICES CONSULTANTS and<br>JANELLE SWEIGART,<br>Defendants | FILED<br>SCRANTON<br>MAY 1 4 2001<br>PER_____<br>DEPUTY CLERK |

## PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of **BUZGON DAVIS LAW OFFICES**, whose address is 525 South Eighth Street, P.O. Box 49, Lebanon, Pennsylvania, 17042, as attorneys for Solanco School District and Thomas E. Brackbill, Defendants, in the above-captioned matter.

BUZGON DAVIS

By:_____
TIMOTHY J. HUBER, ESQUIRE
Attorney I.D. #47231
717/274-1421

Dated:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.L., a minor by and through his guardian and next friend, S.L. <br> Plaintiff <br><br> vs. <br><br> PENNSYLVANIA DEPARTMENT OF EDUCATION, <br> EUGENE W. HICKOK, JR., SECRETARY OF EDUCATION, <br> LAMPETER-STRASBURG SCHOOL DISTRICT, <br> DONNA WERT, <br> SOLANCO SCHOOL DISTRICT, <br> THOMAS E. BRACKBILL, <br> LANCASTER-LEBANON INTERMEDIATE UNIT 13, <br> HUMAN SERVICES CONSULTANTS and <br> JANELLE SWEIGART, <br> Defendants | CIVIL ACTION <br><br> NO. 01: CV 328 |

## AFFIDAVIT OF SERVICE BY MAIL

COMMONWEALTH OF PENNSYLVANIA)
                                           ) ss:
COUNTY OF LEBANON              )

      I, MARYANN MOORE, an employee in the law firm of Buzgon Davis, 525 South Eighth Street, Lebanon, Lebanon County, Pennsylvania, Attorneys for Defendants, Solanco School District and Thomas E. Brackbill, being duly sworn according to law, depose and say that I filed on May 10, 2001, in the U.S. District Court for the Middle District of PA, the original **ENTRY OF APPEARANCE**, and I mailed a copy by first class mail to Philip M. Stinson, Sr., Esquire, Stinson Law Associates, 17 Weirwood Road, Bryn Mawr, PA, 19010-7340, Attorneys for Plaintiff.

                                                                        *Maryann Moore*
                                                                    (MARYANN MOORE)

Sworn to and subscribed
before me this 10th day
of May, A.D., 2001
*Helen L. Angelo*
Notary Public

Notarial Seal
Helen L. G. Angelo, Notary Public
Lebanon, Lebanon County
My Commission Expires Aug. 5, 2003