IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

J.L., a minor by and through his
guardian and next friend, S.L.

v.

PENNSYLVANIA DEPARTMENT OF
EDUCATION; EUGENE W. HICKOK,
JR., LAMPETER-STRASBURG SCHOOL
DISTRICT; DONNA WERT; SOLANCO
SCHOOL DISTRICT; THOMAS E.
BRACKBILL; LANCASTER-LEBANON
INTERMEDIATE UNIT 13; HUMAN
SERVICES CONSULTANTS; and
JANELLE SWEIGART

**ORIGINAL**

No.: CV-01-328

J. Kane

FILED
SCRANTON

JUN 2 8 2001

PER _____ DEPUTY CLERK

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Please enter the appearance of Robert M. Frankhouser, Jr., Esquire and the law firm of Hartman Underhill & Brubaker LLP, 221 East Chestnut Street, Lancaster, PA 17602, as counsel on behalf of the Lampeter-Strasburg School District, Donna Wert and the Lancaster-Lebanon Intermediate Unit 13 in the above-captioned matter.

00210484.1