AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ MIDDLE _____ DISTRICT OF _____ PENNSYLVANIA _____

J.L., a minor by and through his guardian
and next friend S.L.

**SUMMONS IN A CIVIL CASE**

V.

Pennsylvania Dept. of Education; Eugene W.
Hickok, Jr.; Lampeter-Strasburg School District;
Donna Wert; Solanco School District; Thomas E.
Brackbill; Lancaster-Lebanon Intermediate
Unit 13; Human Services Consultants; and
Janelle Sweigart

CASE NUMBER: 1:CV-01-328

TO: (Name and address of defendant)

(SEE COMPLAINT)

FILED
HARRISBURG, PA

JUN 2 8 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Philip Matthew Stinson, Sr., Esquire
Drew Christian, Esquire
Stinson Law Associates, P.C.
17 Weirwood Road
P.O. Box 1340
Bryn Mawr, PA  19010
(610) 688-7300

an answer to the complaint which is herewith served upon you, within ___ twenty (20) ___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY E. D'ANDREA
CLERK

February 22, 2001
DATE

(BY) DEPUTY CLERK

for S.D.

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### RETURN OF SERVICE OF PROCESS

PLAINTIFF __J.L.__  COURT CASE NUMBER __@ 1:CV 01-0328__
DEFENDANT __PA. Dep't Education, et al.__ TYPE OF PROCESS __Personal Service__
SERVE __Lampeter-Strasberg School District__
(Name individual, company; corporation, etc. to be served)
AT __1007 Village Road, Lampeter, PA 17537__
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____.
_____

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

__X__ I have personally served individual, company or corporation above.
____ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.
____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)
____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: __N. Slaymaker__
TITLE (IF ANY) OF PERSON SERVED: __Secretary__
ADDRESS WHERE SERVED: __1007 Village Road, Lampeter, PA 17537__
DATE AND TIME OF PERSONAL SERVICE: __1:20 p.m. on 6/21/01__
REMARKS: __no one would directly accept service on behalf of S.D., so left on desk w/ secretary.__

__6/21/01__                                __Gregory M. [Vine]__
Date                                       Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

Janelle Sweigart

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### RETURN OF SERVICE OF PROCESS

PLAINTIFF  J.L.  COURT CASE NUMBER 1:CV 01-0328
DEFENDANT PA Dept. Educ. et al   TYPE OF PROCESS Personal Service

SERVE Janelle Sweigart
(Name individual, company, corporation, etc. to be served)

AT 150 Farmington Lane, Lancaster, PA 17601
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____.
_____

### CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT:

__X__ I have personally served individual, company or corporation above.
_____ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.
_____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)
_____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: Jen Hynes
TITLE (IF ANY) OF PERSON SERVED: Director (regional) of HSC office
ADDRESS WHERE SERVED: 150 Farmington Lane, Lancaster, PA 17601
DATE AND TIME OF PERSONAL SERVICE: 6/21/01 @ 3:08 pm
REMARKS: _____

6/21/01                              Gregory W. [signature]
Date                                 Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

HSC

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### RETURN OF SERVICE OF PROCESS

PLAINTIFF __J.L.__  COURT CASE NUMBER __1: cv 01-0328__
DEFENDANT __PA Dept Educ. et al__ TYPE OF PROCESS __Personal service__

SERVE __Human Services Consultants__
(Name individual, company; corporation, etc. to be served)

AT __150 Farmington Lane, Lancaster, PA 17601__
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

__X__ I have personally served individual, company or corporation above.
____ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.
____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)
____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: __Jen Hynes__
TITLE (IF ANY) OF PERSON SERVED: __Director (Regional) of HSC office__
ADDRESS WHERE SERVED: __150 Farmington Lane, Lancaster, PA 17601__
DATE AND TIME OF PERSONAL SERVICE: __6/21/01  3:08 pm__
REMARKS: _____

__6/21/01__                           __Jeremy W. Vril__ (?)
Date                              Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

*Lancaster Intermediate*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### RETURN OF SERVICE OF PROCESS

PLAINTIFF J.L.    COURT CASE NUMBER 1: CV 01-0328
DEFENDANT PA Dept Educ. et al    TYPE OF PROCESS Personal Service
SERVE 1110 Enterprise Road - Lancaster Intermediate Unit #13
(Name individual, company; corporation, etc. to be served)

AT 1110 Enterprise Road, East Petersburg, PA 17520-160
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

__X__ I have personally served individual, company or corporation above.
_____ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.
_____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)
_____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: Phyllis Danz
TITLE (IF ANY) OF PERSON SERVED: Executive Secretary
ADDRESS WHERE SERVED: 1110 Enterprise Road, East Petersburg, PA 17520
DATE AND TIME OF PERSONAL SERVICE: 6/21/01 @ 2:47 pm
REMARKS: _____

6/21/01     *(Signature)*
Date     Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

Donna Wert

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### RETURN OF SERVICE OF PROCESS

PLAINTIFF J.L.   COURT CASE NUMBER 1:CV 01-0328
DEFENDANT PA Dep't Education et al.   TYPE OF PROCESS Personal Service

SERVE Donna Wert
(Name individual, company; corporation, etc. to be served)

AT 1110 Enterprise Road, East Petersburg, PA 17520-1804
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

[X] I have personally served individual, company or corporation above.
[ ] I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.
[ ] I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)
[ ] I am unable to serve the process. (See Remarks).

NAME OF PERSON SERVED: Phyllis Danz
TITLE (IF ANY) OF PERSON SERVED: Executive Secretary
ADDRESS WHERE SERVED: 1110 Enterprise Road, East Petersburg, PA 17520
DATE AND TIME OF PERSONAL SERVICE: 6/21/01 @ 2:47 pm
REMARKS: _____

6/21/01                    Gregory W. Vyur
Date                       Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)