

HARTMAN UNDERHILL & BRUBAKER LLP
By: Robert Mr. Frankhouser, Jr.
    Attorney I.D. #29998
    221 East Chestnut Street
    Lancaster, PA 17602
    (717) 299-7254
    Fax: (717) 299-3160

Attorneys for Defendants:
Lampeter-Strasburg
School District

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
CIVIL DIVISION

FILED
HARRISBURG
AUG 13 2

MARY E. D'AND...
Per_____ Deputy Clerk

J.L., a minor by and through his guardian
and next friend, S.L.,
              Plaintiff

vs.

PENNSYLVANIA DEPARTMENT OF
EDUCATION; EUGENE W. HICKOCK, JR.;
LAMPETER-STRASBURG SCHOOL DISTRICT;
DONNA WERT; SOLANCO SCHOOL
DISTRICT; THOMAS E. BRACKBILL;
LANCASTER-LEBANON INTERMEDIATE
UNIT 13; HUMAN SERVICES CONSULTANTS;
AND JANELLE SWEIGART,
              Defendants

ORIGINAL

No.: 1:CV 01-0328

Assigned to: J. Kane

### ANSWER OF THE LAMPETER-STRASBURG SCHOOL DISTRICT TO CROSSCLAIM OF HUMAN SERVICES CONSULTANTS AND JANELLE SWEIGART

70. The answer of the Lampeter-Strasburg School District ("School District") is hereby incorporated by reference.

00214497.1

71. - 72. The allegations contained in Paragraphs 71 and 72 are inaccurate conclusions of law and are therefore deemed to be denied. To the extent that an answer is required, the allegations contained in Paragraphs 71 and 72 are specifically denied for the reasons set forth in the answer of the School District.

73. The answer of the School District is hereby incorporated by reference.

74. - 75. The allegations contained in Paragraphs 74 and 75 are inaccurate conclusions of law and are therefore deemed to be denied. To the extent that an answer is required, the allegations contained in Paragraphs 74 and 75 are specifically denied for the reasons set forth in the answer of the School District.

WHEREFORE, the Lampeter-Strasburg School District demand judgment against Crossclaim Plaintiffs Human Services Consultants and Janelle Sweigart, together with payment of costs.

HARTMAN UNDERHILL & BRUBAKER LLP

By: _____
Robert Mr. Frankhouser, Jr.
Attorney I.D. #29998
221 East Chestnut Street
Lancaster, PA 17602
(717) 299-7254

00214497.1