**ORIGINAL**

HARTMAN UNDERHILL & BRUBAKER LLP
By: Robert Mr. Frankhouser, Jr.
    Attorney I.D. #29998
    221 East Chestnut Street
    Lancaster, PA 17602
    (717) 299-7254
    Fax: (717) 299-3160

Attorneys for Defendants:
Lancaster-Lebanon
Intermediate Unit No. 13
and Donna Wert

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
CIVIL DIVISION

J.L., a minor by and through his guardian
and next friend, S.L.,
            Plaintiff

vs.

PENNSYLVANIA DEPARTMENT OF
EDUCATION; EUGENE W. HICKOCK, JR.;
LAMPETER-STRASBURG SCHOOL DISTRICT;
DONNA WERT; SOLANCO SCHOOL
DISTRICT; THOMAS E. BRACKBILL;
LANCASTER-LEBANON INTERMEDIATE
UNIT 13; HUMAN SERVICES CONSULTANTS;
AND JANELLE SWEIGART,
            Defendants

No.: 1:CV 01-0328

Assigned to:



FILED
HARRISBURG, PA
AUG 13 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**ANSWER OF THE LANCASTER-LEBANON INTERMEDIATE
UNIT 13 AND DONNA WERT TO CROSS-CLAIM OF HUMAN
SERVICES CONSULTANTS AND JANELLE SWEIGART**

    73.  The answer of the Lancaster-Lebanon Intermediate Unit No. 13 ("Intermediate Unit") and Donna Wert is hereby incorporated by reference.

    74. - 75.  The allegations contained in Paragraphs 74 and 75 are inaccurate

00214460.1

conclusions of law and are therefore deemed to be denied. To the extent that an answer is required, the allegations contained in Paragraphs 74 and 75 are specifically denied for the reasons set forth in the answer of the Intermediate Unit and Ms. Wert.

WHEREFORE, the Lancaster-Lebanon Intermediate Unit No. 13 and Donna Wert demand judgment against Crossclaim Plaintiffs Human Services Consultants and Janelle Sweigart, together with payment of costs.

HARTMAN UNDERHILL & BRUBAKER LLP

By: _____
Robert Mr. Frankhouser, Jr.
Attorney I.D. #29998
221 East Chestnut Street
Lancaster, PA 17602
(717) 299-7254

00214460.1

# CERTIFICATE OF SERVICE

I hereby certify that I am this day serving the foregoing Answer of the Lancaster-Lebanon Intermediate Unit 13 and Donna Wert to Crossclaim of Human Services Consultants and Janelle Sweigart upon the persons and in the manner indicated below:

Service by first class mail addressed as follows:

Edward J. Cermanski, Esquire
Law offices of Ralph F. Touch
401 Penn Street, Suite 100
Reading, PA 19501

Philip Matthew Stinson, Sr., Esquire
Drew Christian, Esquire
Stinson Law Associates, P.C.
17 Weirwood Road
P.O. Box 1340
Bryn Mawr, PA 19010

Robert A. Frick, Ed.D., Superintendent
Lampeter-Strasburg School District
1007 Village Road, P.O. Box 428
Lampeter, PA  17537-0428

Timothy J. Huber, Esquire
BUZGON DAVIS
525 South Eighth Street
P.O. Box 49
Lebanon, PA  17042-0049

Pennsylvania Department of Education
333 Market Street
Harrisburg, PA 17126

Eugene W. Hickock, Jr.
Secretary of Education
Penna. Dept. of Education
333 Market Street
Harrisburg, PA 17126

Linda O. Rhen, Ed.D.
Executive Director
Lancaster-Lebanon IU-13
1110 Enterprise Road
East Petersburg, PA 17520-1696

Thomas E. Brackbill, Principal
Solanco School District
121 South Hess Street
Quarryville, PA 17566

Solanco School District
121 South Hess Street
Quarryville, PA 17566