IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **J.L., a minor by and through his guardian and next friend, S.L.** | : CIVIL ACTION NO. 1:CV-01-328 |
| **Plaintiff** | : |
| v. | : (Judge Kane) |
| **PENNSYLVANIA DEPARTMENT OF EDUCATION, et al.** | : |
| **Defendant** | : |

FILED
HARRISBURG, PA
NOV 2 0 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### O R D E R

In light of the letter received by this Court from Plaintiff's attorney on November 18, 2001, the scheduling conference scheduled for November 19, 2001 is **CANCELLED**. **IT IS FURTHER ORDERED THAT**:

1. Plaintiff shall file any motions for change of venue or to disqualify counsel with the Clerk of Court no later than Friday, November 23, 2001.

2. Defendants shall have until the close of business on Friday, December 7, 2001, to file a brief in opposition to any such motion.

3. Plaintiff may file a reply brief on or before December 14, 2001.

4. The scheduling conference is rescheduled to January 4, 2001 at 10:00 a.m. in the chambers of Courtroom No. 4, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

_____
YVETTE KANE, Judge
Middle District of Pennsylvania

Dated: _20 Nov_, 2001



UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 20, 2001

Re:  1:01-cv-00328    J.L. v. PA Dept. of Educatio

True and correct copies of the attached were mailed by the clerk to the following:

    Philip Matthew Stinson Sr., Esq.
    Stinson Law Associates, P.C.
    17 Weirwood Road.
    P.O. Box 1340
    Bryn Mar, PA  19010-7340

    Drew Christian, Esq.
    Stinson Law Associates, P.C.
    17 Weirwood Road
    P.O. Box 1340
    Bryn Mawr, PA  19010

    Robert M. Frankhouser Jr., Esq.
    Hartman, Underhill & Brubaker
    221 E. Chestnut St.
    Lancaster, PA  17602-2705

    Ellis Howard Katz, Esq.
    Sweet, Stevens, Tucker, & Katz, LLP
    P.O. Box 5069
    331 Butler Ave
    New Britain, PA  18901  Fax No.: 215-348-5862

    Timothy James Huber, Esq.
    Davis, Katz, Buzgon, Davis, Reed & Charles, Ltd.
    525 S. 8th St.
    P.O. Box 49
    Lebanon, PA  17042

    Jason R. Wiley, Esq.
    331 Butler Avenue
    P.O. Box 5069
    New Britain, PA  18901

    Edward J. Cermanski, Esq.
    401 Penn Street
    Suite 100
    Reading, PA  19601

```
cc:
Judge                         (✓)              ( ) Pro Se Law Clerk
Magistrate Judge              ( )              ( ) INS
U.S. Marshal                  ( )              ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to:  US Atty Gen    ( )    PA Atty Gen ( )
                                       DA of County   ( )    Respondents ( )
Bankruptcy Court              ( )
Other _____           ( )
                                                      MARY E. D'ANDREA, Clerk

DATE: _____11-20-01_____                       BY: _____
                                                      Deputy Clerk
```