**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.L., a minor by and through his guardian and next friend, S.L., c/o Stinson Law Associates, P.C. P.O. Box 1340 Bryn Mawr, Pennsylvania 19010-7340, | : : : : : : : | CIVIL ACTION<br><br>NO. 01-CV-328<br><br>(Judge Kane) |
| Plaintiffs, | : | |
| vs. | : : | |
| PENNSYLVANIA DEPARTMENT OF EDUCATION; EUGENE W. HICKOK, JR., Secretary of Education, Pennsylvania Department of Education; LAMPETER-STRASBURG SCHOOL DISTRICT; DONNA WERT, Teacher, Lebanon-Lancaster Intermediate Unit #13, Assigned to Solanco School District; SOLANCO SCHOOL DISTRICT; THOMAS E. BRACKBILL, Principal, Solanco School District; LANCASTER-LEBANON INTERMEDIATE UNIT #13; HUMAN SERVICES CONSULTANTS INC; JANELLE SWEIGART, Therapeutic Support Staff, Human Services Consultants, | : : : : : : : : : : : : : : : : : | FILED<br>SCRANTON<br><br>DEC 06 2001<br><br>PER _____ DEPUTY CLERK |
| Defendants. | : | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Please withdraw the appearance of Drew Christian as attorney for the Plaintiffs in the above-captioned matter.

Date: December 5, 2001         By: _____
                                  Drew Christian, Esquire
                                  Attorney I.D. No. 85584

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.L., a minor by and through his guardian and next friend, S.L., c/o Stinson Law Associates, P.C. P.O. Box 1340 Bryn Mawr, Pennsylvania 19010-7340, :<br><br>Plaintiffs,<br><br>vs.<br><br>PENNSYLVANIA DEPARTMENT OF EDUCATION; EUGENE W. HICKOK, JR., Secretary of Education, Pennsylvania Department of Education; LAMPETER-STRASBURG SCHOOL DISTRICT; DONNA WERT, Teacher, Lebanon-Lancaster Intermediate Unit #13, Assigned to Solanco School District; SOLANCO SCHOOL DISTRICT; THOMAS E. BRACKBILL, Principal, Solanco School District; LANCASTER-LEBANON INTERMEDIATE UNIT #13; HUMAN SERVICES CONSULTANTS INC; JANELLE SWEIGART, Therapeutic Support Staff, Human Services Consultants,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 01-CV-328<br><br>(Judge Kane) |

## CERTIFICATE OF SERVICE

I, Drew Christian, Esquire, hereby certify that a true and correct copy of the foregoing withdrawal of appearance was mailed to the following counsel at the following address, via U.S. Mail on this date: