IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J. L., et al. | : CIVIL ACTION NO. 1:CV-01-328 |
| Plaintiff | : |
| v. | : (Judge Kane) |
| PENNSYLVANIA DEPARTMENT OF EDUCATION | : |
| Defendant | : |

FILED
HARRISBURG, PA

DEC 1 8 2001

MARY E. D'ANDREA, CLERK
PER _____
    DEPUTY CLERK

## ORDER

AND NOW, this 18th day of Dec., 2001, **IT IS HEREBY ORDERED THAT** the case management conference scheduled for January 4, 2002, at 10:00 a.m. is **RESCHEDULED** to January 10, 2002, at 10:00 a.m., to be held in the Chambers of Courtroom No. 4, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

_____
Yvette Kane
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 18, 2001

Re:  1:01-cv-00328   J.L. v. PA Dept. of Educatio

True and correct copies of the attached were mailed by the clerk to the following:

Philip Matthew Stinson Sr., Esq.
Stinson Law Associates, P.C.
17 Weirwood Road.
P.O. Box 1340
Bryn Mar, PA   19010-7340

Robert M. Frankhouser Jr., Esq.
Hartman, Underhill & Brubaker
221 E. Chestnut St.
Lancaster, PA   17602-2705

Ellis Howard Katz, Esq.
Sweet, Stevens, Tucker, & Katz, LLP
P.O. Box 5069
331 Butler Ave
New Britain, PA   18901   Fax No.: 215-348-5862

Timothy James Huber, Esq.
Davis, Katz, Buzgon, Davis, Reed & Charles, Ltd.
525 S. 8th St.
P.O. Box 49
Lebanon, PA   17042

Jason R. Wiley, Esq.
331 Butler Avenue
P.O. Box 5069
New Britain, PA   18901

Edward J. Cermanski, Esq.
401 Penn Street
Suite 100
Reading, PA   19601