IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.L., a minor by and through his guardian and next friend, S.L.,<br>    Plaintiffs,<br><br>v.<br><br>PENNSYLVANIA DEPT. OF EDUCATION, EUGENE W. HICKOK, JR., Secretary of Education, LAMPETER-STRASBURG SCHOOL DISTRICT, DONNA WERT, THOMAS E. BRACKBILL, LANCASTER-LEBANON INTERMEDIATE UNIT 13, HUMAN SERVICES CONSULTANTS, INC., and JANELLE SWEIGART,<br>    Defendants. | CIVIL ACTION NO. 1:CV-01-328<br><br>(Judge Kane)<br><br>FILED<br>HARRISBURG<br><br>JAN 0 7 2002<br><br>MARY E. D'ANDREA, CLERK<br>Per_____<br>    DEPUTY CLERK |

### ORDER

On December 7, 2001, Defendants Solanco School District and Thomas E. Brackbill filed a motion requesting that this Court strike Plaintiff's motion to disqualify. The motion was brought on the basis that Plaintiff's attorney, Matthew Stinson, was not licensed to practice in the Middle District of Pennsylvania and had not filed a request for special admission. Plaintiff has not responded to the motion to strike. **THEREFORE**, pursuant to Local Rule 7.6, **IT IS ORDERED THAT** the motion to strike is **GRANTED** as unopposed. The Clerk of Court shall **STRIKE** Plaintiff's motion to disqualify from the docket.

                                                                                     Yvette Kane
                                                                                    United States District Judge

Dated: January 7, 2002.

```
                UNITED STATES DISTRICT COURT
                         FOR THE
                MIDDLE DISTRICT OF PENNSYLVANIA

            * * MAILING CERTIFICATE OF CLERK * *

                       January 7, 2002


Re:  1:01-cv-00328    J.L. v. PA Dept. of Educatio



True and correct copies of the attached were mailed by the clerk
to the following:


     Philip Matthew Stinson Sr., Esq.
     Stinson Law Associates, P.C.
     17 Weirwood Road.
     P.O. Box 1340
     Bryn Mar, PA  19010-7340

     Robert M. Frankhouser Jr., Esq.
     Hartman, Underhill & Brubaker
     221 E. Chestnut St.
     Lancaster, PA  17602-2705

     Ellis Howard Katz, Esq.
     Sweet, Stevens, Tucker, & Katz, LLP
     P.O. Box 5069
     331 Butler Ave
     New Britain, PA  18901   Fax No.: 215-348-5862


     Timothy James Huber, Esq.
     Davis, Katz, Buzgon, Davis, Reed & Charles, Ltd.
     525 S. 8th St.
     P.O. Box 49
     Lebanon, PA  17042

     Jason R. Wiley, Esq.
     331 Butler Avenue
     P.O. Box 5069
     New Britain, PA  18901

     Edward J. Cermanski, Esq.
     401 Penn Street
     Suite 100
     Reading, PA  19601
```

```
cc:
Judge                       (✓)           ( ) Pro Se Law Clerk
Magistrate Judge            ( )           ( ) INS
U.S. Marshal                ( )           ( ) Jury Clerk
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               ( )
Federal Public Defender     ( )
Summons Issued              ( ) with N/C attached to complt. and served by:
                                U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5         ( )
Order to Show Cause         ( ) with Petition attached & mailed certified mail
                                to: US Atty Gen   ( )   PA Atty Gen ( )
                                    DA of County  ( )   Respondents ( )
Bankruptcy Court            ( )
Other_____    ( )
                                              MARY E. D'ANDREA, Clerk

DATE:  1-7-02                          BY: _____
                                              Deputy Clerk
```