cc: et *[signature]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## MINUTES OF CONFERENCE

CASE:     J. L., ET AL V. PA DEPT. OF EDUCATION, ET AL.   1:CV-01-328

DATE:   January 10, 2001 @ 10:00 a.m.

Honorable Yvette Kane presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference: CASE MANAGEMENT CONFERENCE – (CHAMBERS)

Time Commenced: 10:00          Time Terminated: 10:30

**PLAINTIFF: APPEARANCES**

PHIL STINSON

**DEFENDANT: APPEARANCES**

Human Services/Sargent – Edward Cemanick
Solanco School District – Jason Wiley
→ Solanco/Brackbill – Tim Huber
IU#13/Lampeter Strasburg – Robert Frankhouse

**REMARKS**

1-U. / Eastern.

Sept 1/J

- Mot Change Venue –
- Mot Disqualify Counsel
- Mot Dismiss D.O.E.

FILED
HARRISBURG
JAN 10 2002
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK