IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.L., a minor by and through his guardian and next friend, S.L.,<br>　　　　Plaintiffs | CIVIL ACTION NO.<br>1:CV-01-328 |
| v. | Judge Kane |
| PENNSYLVANIA DEPARTMENT OF EDUCATION, et al.,<br>　　　　Defendants | |

FILED
HARRISBURG

JAN 1 4 2001

MARY E. D'ANDREA, CLERK
Per_____
　　　　DEPUTY CLERK

**O R D E R**

AND NOW this 14th day of January, 2002, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff shall file his renewed motion to disqualify counsel with supporting brief within ten days of the date of this order.

2. Plaintiff shall, within ten days of the date of this order, respond to outstanding interrogatories.

3. Plaintiff shall, within ten days of the date of this order, file a motion to dismiss the Pennsylvania Department of Education and the Secretary of Education.

_____
Yvette Kane
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 14, 2002

Re:   1:01-cv-00328   J.L. v. PA Dept. of Educatio

True and correct copies of the attached were mailed by the clerk
to the following:

    Philip Matthew Stinson Sr., Esq.
    Stinson Law Associates, P.C.
    17 Weirwood Road.
    P.O. Box 1340
    Bryn Mar, PA   19010-7340

    Robert M. Frankhouser Jr., Esq.
    Hartman, Underhill & Brubaker
    221 E. Chestnut St.
    Lancaster, PA   17602-2705

    Ellis Howard Katz, Esq.
    Sweet, Stevens, Tucker, & Katz, LLP
    P.O. Box 5069
    331 Butler Ave
    New Britain, PA   18901   Fax No.: 215-348-5862

    Timothy James Huber, Esq.
    Davis, Katz, Buzgon, Davis, Reed & Charles, Ltd.
    525 S. 8th St.
    P.O. Box 49
    Lebanon, PA   17042

    Jason R. Wiley, Esq.
    331 Butler Avenue
    P.O. Box 5069
    New Britain, PA   18901

    Edward J. Cermanski, Esq.
    401 Penn Street
    Suite 100
    Reading, PA   19601

```
cc:
Judge                          (✓)           ( ) Pro Se Law Clerk
Magistrate Judge               (✓)           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )   PA Atty Gen ( )
                                         DA of County  ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____       ( )
                                                    MARY E. D'ANDREA, Clerk

DATE:  1-14-02                              BY: _____
                                                    Deputy Clerk
```