IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.L., a minor by and through his guardian guardian and next friend, S.L.,<br>　　　Plaintiffs<br><br>　　　v.<br><br>PENNSYLVANIA DEPARTMENT OF EDUCATION, et al.,<br>　　　Defendants | CIVIL ACTION NO.<br>1:CV-01-328<br><br>Judge Kane |

**O RDER**

**AND NOW** this 12th day of March, 2002, **IT IS HEREBY ORDERED THAT** a telephone conference will be held on March 25, 2002, at 3:00 p.m., to discuss the status of this case. Plaintiff's counsel shall initiate this conference call.

_____
Yvette Kane
United States District Judge

FILED
HARRISBURG
MAR 1 2 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK