IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.L., a minor by and through his guardian and next friend, S.L., | : CIVIL ACTION NO. 1:CV-01-328 |
| Plaintiff | : |
| | : (Judge Kane) |
| PENNSYLVANIA DEPARTMENT OF EDUCATION, et al. | : |
| Defendant | : |

**ORDER**

AND NOW, this 28th day of March, 2002, **IT IS HEREBY ORDERED THAT** this case is stayed. A status telephone conference is scheduled for April 18, 2002, at 11:30 a.m. to discuss this case. Plaintiff's counsel shall initiate this conference call.

_____
Yvette Kane
United States District Judge