IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.L., a minor by and through his guardian and next friend, S.L., **Plaintiff** | : : : : | Civil Action No. 1:CV-01-328 |
| v. | : : | (Judge Kane_ |
| PENNSYLVANIA DEPARTMENT OF EDUCATION, et al., **Defendant** | : : : : | |

**FILED
HARRISBURG
APR 1 6 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK**

<u>ORDER</u>

AND NOW, this 16th day of April, 2002, **IT IS HEREBY ORDERED THAT** the status telephone conference to be held on April 18, 2002, at 11:30 a.m., to discuss the status of this case is **RESCHEDULED** to April 24, 2002, at 3:00 p.m. Plaintiff's counsel shall initiate this conference call.

_____
Yvette Kane
United States District Judge