IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.L., a minor by and through | : | |
| his guardian and next friend, S.L., | : | CIVIL ACTION NO. 1:CV-01-328 |
| Plaintiffs, | : | |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| PENNSYLVANIA DEPT. OF | : | |
| EDUCATION, EUGENE W. | : | |
| HICKOK, JR., Secretary of Education, | : | |
| LAMPETER-STRASBURG SCHOOL | : | |
| DISTRICT, DONNA WERT, | : | |
| THOMAS E. BRACKBILL, | : | |
| LANCASTER-LEBANON | : | |
| INTERMEDIATE UNIT 13, HUMAN | : | |
| SERVICES CONSULTANTS, INC., | : | |
| and JANELLE SWEIGART, | : | |
| Defendants. | : | |

**FILED**
HARRISBURG

MAY - 8 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## ORDER

AND NOW, this_____ day of May, 2002, **IT IS ORDERED THAT** a status conference

is scheduled for May 15, 2002 at 10:30 a.m.  This conference shall be held in Courtroom No. 4,

Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.  In addition

to counsel for the Plaintiffs and Defendants, S.L. is directed to attend the conference.

_____
Yvette Kane
United States District Judge