

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.L., a minor by and through his guardian and next friend, S.L., Plaintiffs, | : : : : | CIVIL ACTION NO. 1:CV-01-328 |
| v. | : : | (Judge Kane) |
| PENNSYLVANIA DEPT. OF EDUCATION, EUGENE W. HICKOK, JR., Secretary of Education, LAMPETER-STRASBURG SCHOOL DISTRICT, DONNA WERT, THOMAS E. BRACKBILL, LANCASTER-LEBANON INTERMEDIATE UNIT 13, HUMAN SERVICES CONSULTANTS, INC., and JANELLE SWEIGART, Defendants. | : : : : : : : : : : : | |

FILED
HARRISBURG

MAY 2 8 2002

MARY E. D'ANDREA, CLERK
Per_____
          DEPUTY CLERK

## ORDER

AND NOW, this 28th day of May, 2002, **IT IS ORDERED THAT** a status conference is scheduled for June 21, 2002 at 11:00 a.m. This conference shall be held in Courtroom No. 4, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. In addition to counsel for the Plaintiffs and Defendants, S.L. is directed to attend the conference.

Yvette Kane
United States District Judge