IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.L., a minor by and through his guardian and next friend, S.L., <br>     Plaintiffs <br><br> v. <br><br> PENNSYLVANIA DEPARTMENT OF EDUCATION, et al., <br>     Defendants | CIVIL ACTION NO. <br> 1:CV-01-328 <br><br> Judge Kane |

**FILED**
HARRISBURG
JUN 2 6 2002
MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

**O R D E R**

**AND NOW this** 26th **day of June, 2002, IT IS HEREBY ORDERED THAT** a telephone conference will be held July 25, 2002 at 9:30 a.m., to discuss the status of this case. The Court will initiate the call.

_____
Yvette Kane
United States District Judge