## HARTMAN UNDERHILL & BRUBAKER LLP
### ATTORNEYS AT LAW
221 EAST CHESTNUT STREET
LANCASTER, PENNSYLVANIA 17602-2782

(717) 299-7254
FAX (717) 299-3160
Web Site: www.hublaw.com

Direct e-mail: bobf@hublaw.com

CHRISTOPHER S. UNDERHILL
GEORGE T. BRUBAKER
ANDREW F. LUCARELLI
HARRY St. C. GARMAN
WILLIAM C. McCARTY
ALEXANDER HENDERSON, III
ROBERT M. FRANKHOUSER, JR.
THOMAS W. BERGEN
MICHAEL W. BABIC
MARK STANLEY
MARK E. LOVETT
KEVIN M. FRENCH
STEPHEN R. LAZUN
JOSHUA D. COHEN
MADELYN P. NIX
KIM R. SMITH
STACEY L. MORGAN
RORY O. CONNAUGHTON
JEFFREY C. GOSS
JOHN A. MATEYAK
THEODORE L. BRUBAKER
VIRGINIA A. CLAY
JOHN S. LAWLER

COUNSEL
THEODORE L. BRUBAKER
MARK L. JAMES

JOHN I. HARTMAN, JR.
(1919-2000)

June 25, 2002

FILED
HARRISBURG
JUN 27 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

The Honorable Yvette Kane
U. S. District Court
Middle District of Pennsylvania
Federal Building, 228 Walnut Street
Harrisburg, PA 17101

Re:  **J.L. v. Department of Education, et al.**  1:CV-01-328

Dear Judge Kane:

   I have been contacted by S.L. about the above-referenced matter. S.L. has informed me that she has discharged Mr. Stinson as her attorney. S.L. has received from Mr. Stinson a copy of a Praecipe to discontinue the above-referenced case. Mr. Stinson's letter to S.L. represents, inaccurately, that S.L. authorized Mr. Stinson to discontinue the case. S.L. has told me that Mr. Stinson did not have that authority. I advised S.L. that I would be informing the Court of this development.

Yours truly,

/Robert M. Frankhouser, Jr.

RMF:vjb\00255199
cc: Linda O. Rhen, Ed.D., Executive Director - Lancaster-Lebanon IU-13
    Robert A. Frick, Ed.D., Superintendent - Lampeter-Strasburg School District
    James R. Wiley, Esquire
    Edward J. Cermanski, Esquire
    Timothy J. Huber, Esquire
    George T. Brubaker, Esquire