IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.L., a minor by and through<br>his guardian and next friend, S.L.,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>PENNSYLVANIA DEPT. OF<br>EDUCATION, EUGENE W.<br>HICKOK, JR., Secretary of Education,<br>LAMPETER-STRASBURG SCHOOL<br>DISTRICT, DONNA WERT,<br>THOMAS E. BRACKBILL,<br>LANCASTER-LEBANON<br>INTERMEDIATE UNIT 13, HUMAN<br>SERVICES CONSULTANTS, INC.,<br>and JANELLE SWEIGART,<br>　　　　Defendants. | CIVIL ACTION NO. 1:CV-01-328<br><br>(Judge Kane) |

## ORDER

AND NOW, IT IS ORDERED THAT the above-captioned case is **STAYED** pending settlement discussions. A telephone status conference will be held on _Sept 5, 2002_ at _10:30_ _A_.m. The Court will initiate the call.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Kane_
　　　　　　　　　　　　　　　　　　　　　　　Yvette Kane
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: _25 July_, 2002.