IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

J.L., a minor by and through          :
his guardian and next friend, S.L.,   :      CIVIL ACTION NO. 1:CV-01-328
                      Plaintiffs,     :
                                      :
              v.                      :      (Judge Kane)
                                      :
PENNSYLVANIA DEPT. OF                 :
EDUCATION, EUGENE W.                  :
HICKOK, JR., Secretary of Education,  :
LAMPETER-STRASBURG SCHOOL             :
DISTRICT, DONNA WERT,                 :
THOMAS E. BRACKBILL,                  :
LANCASTER-LEBANON                     :
INTERMEDIATE UNIT 13, HUMAN           :
SERVICES CONSULTANTS, INC.,           :
and JANELLE SWEIGART,                 :
                      Defendants.     :

**FILED**
HARRISBURG, PA

JUL 2 6 2002

MARY E. D'ANDREA,
Per_____

## ORDER

Attorney Stinson has failed to appear at a scheduled hearing in the above captioned

matter.  Further, S.L. has informed the Court that she no longer wishes to retain the services of

Attorney Stinson.   **AND NOW**, therefore, **IT IS ORDERED THAT** the Clerk of Court is

directed to enter the **WITHDRAWAL** of Mr. Stinson's representation in this matter.  The Clerk

of Court and counsel for Defendants are directed to serve S.L. with all future filings in this

matter.

_____
Yvette Kane
United States District Judge

Dated: _July 26_____, 2002.