ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.L., a minor by and through his guardian and next friend, S.L. | ) Civil No. 1:CV-01-328 |
| | ) ( Judge Kane) |
| vs. | ) |
| | ) |
| PENNSYLVANIA DEPARTMENT EDUCATION, et al., | ) |

## GOVERNMENT STATUS REPORT AND REQUEST FOR EXTENSION OF TIME

AND NOW, the United States of America, by its undersigned counsel, submits the following Status Report and Request for Extension of Time in the above-captioned case:

1. On July 19, 2002 this Court entered an order in the above-captioned case referring this matter to the United States Attorney's Office for an appropriate inquiry into whether grounds existed for the entry of an Order directing an attorney representing one of the parties in this civil litigation to show cause why he should not be held in contempt for allegedly violating an order of this court. The court's July 19, order instructed the government to "report back to the Court on or before August 15, 2002 whether an Order to Show Cause should issue."

2. By way of a status report on this contempt referral, your undersigned counsel reports that he has conducted a preliminary inquiry into this matter which indicates that grounds may exist for contempt proceedings in this matter. However, in order to complete this inquiry, and prepare appropriate pleadings in this potential contempt matter, government counsel wishes to complete some additional interviews with certain court staff, attorneys and judicial officers.

3. Due to competing scheduling commitments, government counsel was unable to complete these inquiries prior to August 15, and is now out of the office on a family commitment which had been scheduled prior to receipt of this Court's July 19 order.

WHEREFORE, for the foregoing reasons, the United States of America requests that this court extend the deadline for a final report on this contempt referral from August 15, 2002 to September 3, 2002. For the convenience of the Court a proposed form of order is enclosed with this motion.

                                        Respectfully submitted

                                        THOMAS A. MARINO
                                        UNITED STATES ATTORNEY

BY:   *Martin C. Carlson by CNF*
       MARTIN C. CARLSON
       ASSISTANT U.S. ATTORNEY