UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.L., a minor by and through<br>his guardian and next friend, S.L.<br>vs.<br><br>PENNSYLVANIA DEPARTMENT<br>EDUCATION, et al., | )<br>)<br>)<br>)<br>)<br>) | Civil No. 1:CV-01-328<br>( Judge Kane) |

FILED
HARRISBURG

AUG 1 6 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**O R D E R**

ANDNOW, this  15th  day of August, 2002, upon consideration of the Government's Status Report and Request for Extension of Time in the above-captioned case, the Court finds as follows:

1. On July 19, 2002 this Court entered an order in the above-captioned case referring this matter to the United States Attorney's Office for an appropriate inquiry into whether grounds existed for the entry of an Order directing an attorney representing one of the parties in this civil litigation to show cause why he should not be held in contempt for allegedly violating an order of this court. The court's July 19, order instructed the government to "report back to the Court on or before August 15, 2002 whether an Order to Show Cause should issue."

2. By way of a status report on this contempt referral, government counsel now reports that he has conducted a preliminary inquiry into this matter which indicates that grounds may exist for contempt proceedings in this matter. However, in order to complete this inquiry, and prepare appropriate pleadings in this potential contempt matter, government counsel wishes to complete some additional interviews with certain court staff, attorneys and judicial officers.

3. Due to competing scheduling commitments, government counsel was unable to complete these inquiries prior to August 15, and is now out of the office on a family commitment which had been scheduled prior to receipt of this Court's July 19 order.

WHEREFORE, for the foregoing reasons, the IT IS ORDERED that the deadline for a final

report on this contempt referral is extended from August 15, 2002 to September 3, 2002.

                              _____
                              UNITED STATES DISTRICT JUDGE