IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.L., a minor by and through his guardian and next friend, S.L. | : : : : | Civil No. 1:CV-01-328 (Judge Kane) |
| vs. | : : | |
| PENNSYLVANIA DEPARTMENT OF EDUCATION, et al. | : : | |

FILED
HARRISBURG, PA
SEP 0 4 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## GOVERNMENT STATUS REPORT

AND NOW, the United States of America, by its undersigned counsel, submits the following status report to the Court in the above-captioned case:

1. On July 19, 2002, this Court entered an Order in the above-captioned case directing the government to report back to the Court should issue requiring Philip Stinson, counsel for the plaintiff, to show cause why he should not be held in contempt for failing to comply with an Order of the Court.

2. In response to this Order the government has reviewed the circumstances surrounding this referral and concluded that contempt proceedings are appropriate in this matter. Accordingly, the United States intends to file an appropriate contempt citation in this matter within the next seven (7) days.

Respectfully Submitted,

THOMAS A. MARINO
UNITED STATES ATTORNEY

BY: _____
MARTIN C. CARLSON
FIRST ASSISTANT U.S. ATTORNEY