IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.L., a minor by and through his guardian and next friend, S.L. | **ORIGINAL** |
| v. | No.: CV-01-328 |
| PENNSYLVANIA DEPARTMENT OF EDUCATION; EUGENE W. HICKOK, JR., LAMPETER-STRASBURG SCHOOL DISTRICT; DONNA WERT; SOLANCO SCHOOL DISTRICT; THOMAS E. BRACKBILL; LANCASTER-LEBANON INTERMEDIATE UNIT 13; HUMAN SERVICES CONSULTANTS; and JANELLE SWEIGART | FILED HARRISBURG OCT 31 2002 MARY E. D'ANDREA, CLERK Per_____ DEPUTY CLERK |

## ORDER

AND NOW THIS 31st day of October, 2002, upon consideration of the Stipulation of Parties filed in the above-referenced action, the above-referenced action shall be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure No. 41(a)(2).

_____
Yvette Kane
United States District Judge

No.: CV-01-328